# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THEODORE STEVENS,

    Petitioner,

vs.

ROBERT LE GRAND, et al.,

    Respondents.

Case No. 3:12-CV-00081-RCJ-(WGC)

**ORDER**

    Before the court are petitioner's motion to extend prison copywork limit (#4), motion for more definite statement (#5), and supplemental motion for appointment of counsel (#6). These motions are moot because petitioner is represented by counsel (#11).

    IT IS THEREFORE ORDERED that petitioner's motion to extend prison copywork limit (#4), motion for more definite statement (#5), and supplemental motion for appointment of counsel (#6) are **DENIED** as moot.

    Dated: June 28, 2012.

                                                       ROBERT C. JONES
                                                   Chief United States District Judge