UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THEODORE STEVENS,

Petitioner,

v.

ROBERT LEGRAND,

Respondent.

Case No. 3:12-cv-00081-ART-CLB

ORDER

This closed federal habeas matter is before the Court on Petitioner Theodore Stevens's motion to withdraw his Notice of Suit, motion to vacate the Court's order denying reopening, and motion to vacate other filings in this action. (ECF Nos. 93, 94, 95.) Regarding the first motion, Stevens explains that the law librarian failed to file the entirety of the document. The Court finds that good cause exists to grant this motion. However, there is no basis for the Court to vacate any of the other filings, so the Court denies the latter two motions.

This case has been closed since 2015. If Stevens continues to file frivolous motions in this matter, the Court will direct the Clerk of Court to designate him as a restricted filer, prohibiting from filing anything further in this case.

It is therefore ordered that the motion to withdraw (ECF No. 93) is granted. The Clerk of the Court is kindly directed to strike ECF No. 90.

It is further ordered that the motions to vacate (ECF Nos. 94, 95) are denied.

DATED THIS 16th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1